UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

| | FILED | | RECEIVED |
| ENTERED | | SERVED ON |
| | COUNSEL/PARTIES OF RECORD |

**DEC 1 1 2025**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) Case No.: E1459569/N17L
vs. )
) **ORDER QUASHING WARRANT AND**
) **RESCHEDULING INITIAL**
TYSON J. HOUSTON, ) **APPEARANCE**
)
Defendant. )

On November 13, 2025, Defendant did not appear for his Initial Appearance. Government's counsel requested that a warrant be issued, which the Court granted.

On December 11, 2025, Defendant contacted the Court requesting that the Court quash the Bench Warrant and is requesting that his initial appearance be rescheduled.

**IT IS HEREBY ORDERED** that the warrant issued by the Court on November 24, 2025 is **QUASHED**. Defendant is to appear for his Initial Appearance Hearing at the Lloyd D. George U.S. Courthouse, 333 Las Vegas Blvd. S., Las Vegas, NV 89101 on **Thursday, January 22, 2026 at 9:30 AM** in LV Courtroom 3B before Magistrate Judge Brenda Weksler.

**IT IS FURTHER ORDERED** if Defendant fails to appear for his initial appearance at the above scheduled date and time, a new arrest warrant will be issued.

DATED this 11th day of December 2025.

BRENDA WEKSLKER
United States Magistrate Judge